IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORIS ZIEGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 2:04-CV-1022-F |
| ) | [WO] |
| INNCOR, INC. d/b/a REGENCY INN; ) | |
| JAISUKH GOSALIA, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MOTION

For good cause,[1] it is

**ORDERED** that the Defendants' *Joint Motion to Quash* (Doc. 32, Nov. 29, 2005) the subpoena directed to Aliant Bank is **GRANTED**.

DONE THIS 12TH DAY OF DECEMBER, 2005.

/s/ Delores R. Boyd


DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] The Plaintiff did not file a response to show any cause why the *Joint Motion* should not be granted as permitted by this court's December 2, 2005 *Order* (Doc. 34).