IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORIS ZIEGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:04-CV-1022-F |
| ) | [WO] |
| INNCOR, INC. d/b/a REGENCY INN; ) | |
| JAISUKH GOSALIA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For good cause arising from notice that the Clerk did not docket until today after 10:00 a.m. Plaintiff's show-cause response *in opposition* – timely filed on December 8, 2005 (Doc. 37) --, it is

**ORDERED** that the *ORDER* entered today around 9:40 a.m. (Doc. 35) in response to Defendants' *Joint Motion (Doc.32)* is hereby **VACATED.**

Done this 12th day of December, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE