IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORIS ZIEGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:04-CV-1022-F |
| ) | [WO] |
| INNCOR, INC. d/b/a REGENCY INN; ) | |
| JAISUKH GOSALIA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTIONS

Pending are two discovery motions arising from the parties' issuance of non-party subpoenas: (1) *Defendants' Joint Motion to Quash* (Doc.32, Nov. 29, 2005), to which Plaintiffs responded in opposition on December 8, 2005 (Doc. 37) and (2) *Plaintiff's Motion to Quash Non-Party Subpoena to Southtrust Bank* (Doc. 36, Dec. 8, 2005). Review discloses essentially the same asserted basis for the relief requested: relevance and overbreadth, and the court's preliminary review of pertinent pleadings discloses some merit to the objections asserted with respect to each subpoena. Neither motion represents any effort by counsel to confer in good faith in an attempt to narrow the disputed subpoena in response to objections. The court acknowledges each party's representation by competent and experienced federal litigators and reasonably expects them to engage in such good-faith conferences prior to seeking this court's intervention. Accordingly, for this cause, it is

**ORDERED** as follows:

1. Both *Defendants' Joint Motion to Quash* (Doc.32) and *Plaintiff's Motion to Quash Non-Party Subpoena to Southtrust Bank* (Doc. 36) are hereby **GRANTED** without prejudice for the court's re-consideration and ruling on specific objections to each subpoena if the parties fail to reconcile their differences as herein instructed.

2. Counsel for the parties shall confer expeditiously in a good-faith attempt to reach consensus on a narrowly tailored subpoena which satisfies reasonably asserted objections. **If the parties cannot resolve their differences for any desired re-issuance of the non-party subpoena(s) in question, either movant may file not later than noon on December 20, 2005, a Motion for Oral Arguments, and the parties are hereby notified that oral arguments will be scheduled at 10:30 a.m. on December 21, 2005, in District Courtroom 4A.**

DONE THIS 14TH DAY OF DECEMBER, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE