IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORIS ZIEGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-01022- |
| ) | WKW (WO) |
| INNCOR, INC. d/b/a REGENCY INN, et al. ) | |
| ) | |
| Defendants/Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BIPIN KUMAR, ) | |
| ) | |
| Third-Party Defendant. ) | |

## **ORDER**

The parties filed a Joint Stipulation for Voluntary Dismissal With Prejudice (Doc. # 50) that the instant case is due to be dismissed with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this the 13th day of March, 2006.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE