IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DORIS ZIEGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-CV-01022- |
| | ) | WKW (WO) |
| INNCOR, INC. d/b/a REGENCY INN, et al. | ) | |
| | ) | |
| Defendants/Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BIPIN KUMAR, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case is DISMISSED in its entirety WITH PREJUDICE, each party to bear his, her, or its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 13th day of March, 2006.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE